**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES LEGGINS, ADC #79825                                                                    PLAINTIFF

v.                                              5:11cv-00330-SWW-JJV

WENDY KELLEY, Assistant Medical Director
Arkansas Department of Correction, *et al.*                                       RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully

considering the objections and making a *de novo* review of the record, the Court concludes that the

Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      The Motion to Dismiss (Doc. No. 12) is GRANTED and Corizon, Inc. is

DISMISSED with prejudice as a Defendant.

SO ORDERED this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1